UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD GRAVES, | ) | |
| Petitioner, | ) | 2:12-cv-02105-GMN-CWH |
| vs. | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

Richard Graves, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #6). Before the court is respondents' second motion for extension of time to respond to the petition (ECF #10). Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF #10) is **GRANTED**. Respondents shall file and serve their response to the petition **on or before July 29, 2013.**

**DATED** this 7th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge