# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD GRAVES,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-02105-GMN-CWH

**ORDER**

    IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

    DATED this 17th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge