UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GRAVES, | |
| Petitioner, | 2:12-cv-02105-GMN-CWH |
| vs. | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents filed an answer to the petition on August 12, 2013. ECF No. 14. The *pro se* petitioner, Richard Graves, has not filed a reply to the answer. The court will, *sua sponte*, grant Graves an extension of time, to **February 26, 2016**, to file his reply. The time to file the reply will not be further extended.

The court suspects that Graves may no longer be incarcerated, and has not kept the court informed of his current address as required by LSR 2-2. Graves is directed to respond to this order no later than February 26, 2016, to indicate that the address on record with the court (Southern Desert Correctional Center, P.O. Box 208 Indian Springs, NV 89070) remains valid. If Graves does not respond to this order by that date the court will dismiss this action pursuant to LSR 2-2.

**IT IS SO ORDERED**.

Dated this ___8___ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE