UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD GRAVES, | ) | |
| Petitioner, | ) | 2:12-cv-02105-GMN-CWH |
| vs. | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

On February 8, 2016, the court, *sua sponte*, granted petitioner Graves an extension of time, to February 26, 2016, to file a reply in support of his habeas petition herein. ECF No. 19. In the same order, the court noted that it appeared as if Graves is no longer incarcerated and no longer at the most recent address he has provided to the court, in which he case had not kept the court informed of his current address as required by LSR 2-2. *Id*.

Accordingly, the court ordered Graves to respond no later than February 26, 2016, to indicate that the address he has provided to the court remains valid. *Id*. The court warned that if Graves failed to timely respond, the court would conclude that he is no longer receiving service of documents from the court at the address he has provided, and the court will dismiss this action pursuant to LSR 2-2. *Id*.

On February 18, 2016, the notice of the February 8 order, which had been mailed to Graves, was returned to this court as undeliverable, with a notation that Graves had been "discharged" with "no new address" available. ECF No. 20. In addition, Graves did not respond by February 26, 2016.

Therefore, this case will be dismissed, without prejudice, for the petitioner's failure to keep the court informed of his current address as required by LSR 2-2.

**IT IS THEREFORE ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

Dated this ___29___ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE